```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION
```

|  |  |
|---|---|
| BARRY MARQUEZ PARTEE, | * |
| Plaintiff, | * |
| vs. | * CASE NO.3:12-CV-105-CDL |
| JOE CHAPMAN, *et al.*, | * 42 U.S.C. § 1983 |
| Defendants. | * |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 2, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge, GRANTING Defendants' Motion to Dismiss Complaint, as to compensatory and punitive damages, and DENYING as to nominal damages, and makes it the order of this Court.

IT IS SO ORDERED, this 28th day of August, 2013.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE